TETRAD COMPANY, INC., Respondent, v. WALTER ROSCH et al., Appellants.— In our opinion, upon this record it may not be said that the Special Term improvidently exercised its discretion. Appeal from the original orders of July 25, 1961 dismissed, without costs, as academic. These orders were superseded by the resettled orders. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.